UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDUARDO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE HOTELS & RESORTS, INC. d/b/a EMBASSY SUITES BY HILTON LOS ANGELES INTERNATIONAL AIRPORT NORTH, a Delaware corporation; SUNSTONE HOTEL PROPERTIES, INC., a Colorado corporation, d/b/a EMBASSY SUITES BY HILTON LOS ANGELES INTERNATIONAL AIRPORT NORTH; and DOES 1-100, | Case No. 2:18-cv-07954-SVW-PLA<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: July 19, 2018<br>Trial: March 19, 2019<br>Courtroom: 10A |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

DATED: January 2, 2019

_____
Honorable Paul L. Abrams
United States Magistrate Judge

FIRMWIDE:161119400.2 079499.1056