LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDUARDO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE HOTELS & RESORTS, INC. d/b/a EMBASSY SUITES BY HILTON LOS ANGELES INTERNATIONAL AIRPORT NORTH, a Delaware corporation; SUNSTONE HOTEL PROPERTIES, INC., a Colorado corporation, d/b/a EMBASSY SUITES BY HILTON LOS ANGELES INTERNATIONAL AIRPORT NORTH; and DOES 1-100,<br><br>Defendants. | Case No. 2:18-cv-07954-SVW-PLA<br><br>ASSIGNED FOR ALL PURPOSES TO HON. STEPHEN V. WILSON<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br>Complaint Filed: July 19, 2018 |

2.

Plaintiff Heduardo Robles ("Plaintiff") and Defendants Interstate Hotels & Resorts, Inc. and Sunstone Hotel Properties, Inc. ("Defendants") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court having read and considered the Stipulation to Dismiss, and good cause showing therefore:

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: June 6, 2019

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

FIRMWIDE:164727569.1 079499.1056